IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| RAYMOND KEITH SONGER, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-319-A |
| | § | |
| DILLON RESOURCES, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

O R D E R

After having considered the motion for attorney's fees filed in the above-captioned action by defendants, Dillon Resources, Inc., Sunset Logistics, Inc., Mike Hill, and Rick Gibson, the court has concluded that the motion should be denied.

Therefore,

The court ORDERS that the above-described motion be, and is hereby, denied.

SIGNED July 24 2008.

JOHN McBRYDE
United States District Judge