FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
ORIGINAL
2009 MAY 26 PM 12:29
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**RAYMOND KEITH SONGER, CROX ALVARADO, VICTOR ARRINGTON, GEORGE E. EATON, JR., DANIEL GARCIA JR., DEBRA SUE GARRISON, JOSE RAMON GUILAMO, LARRY HAZELTON, ANTRONE HENDERSON, SANDRA K. HENDERSON, DAVID CLINTON HENLEY, JEFFERY G. HINES, JOHNNY ROBERT JARVIS, EDDIE JONES, ERIC C. MATTHEWS, BRIAN ALAN MCGLOTHLIN, KAREN SUE PARENT, MONICA LENISE PERVIS, BRENT UNDRA ROBERSON, BOBBY JOE SCHRODER, JOSHUA ANDREW VAN PATTEN, FELIX VASQUEZ COURTLAND DALE WALLACE, AND PERRY SCOTT WIGGINS individually and on behalf of other employees similarly situated**

**Plaintiffs**

**v.**

**DILLON RESOURCES, INC., SUNSET ENNIS, INC. d/b/a/ SUNSET WAXAHAXIE, INC., and SUNSET LOGISTICS, INC.**

**Defendants**

§ **CIVIL ACTION NO. 4:08-cv-00319-A**

§ **JURY TRIAL DEMANDED**

**PLAINTIFFS' RESPONSE IN OPPOSITION**
**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs respectfully request that the Court deny Defendants' Motion for Summary Judgment on their affirmative defense of motor-carrier exemption, for the reasons stated in the attached supporting memorandum.

**Respectfully submitted,**

By: ______________________

David M. Glenn
Texas Bar Number: 08028350
Glenn Law Firm
210 W. Wall Street
Grapevine, Texas 76051
Telephone: (817) 424-5999
Facsimile: (817) 481-3240

T. Michael Kennedy
Texas Bar Number: 24014809
T. Michael Kennedy, P.C.
210 West Wall Street
Grapevine, Texas 76051
Telephone: (817) 424-5888
Facsimile: (817) 424-5889

Trang Q. Tran
*Admitted to Practice in Northern District*
Federal I.D: 20361
Texas Bar Number: 00795787
3050 Post Oak Blvd., Suite 1720
Houston, Texas 77056
Telephone: (713) 223-8855
Facsimile: (713) 623-6399

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Defendants on Tuesday, May 29, 2009, by the means indicated below:

Signature

**(Via Certified Mail – Return Receipt Requested)**
R. Shawn Oller
LITTLER MENDELSON, P.C.
2425 E. Camelback Road, #900
Phoenix, AZ 85016
**ATTORNEYS FOR DEFENDANTS**

**(Via Certified Mail – Return Receipt Requested)**
Kevin M. Duddlesten
Jeremy W. Hawpe
Kim Rives Miers
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500, Lock Box 116
Dallas, Texas 75201
**ATTORNEYS FOR DEFENDANTS**

**Via First-Class Mail**
Brent Roberson
1418 Melton Drive
Mesquite, Texas 75149
**PLAINTIFF PRO SE**

**Via First Class Mail**
Jeffrey Hines, Plaintiff Pro Se
906 Shawnee
Waxahachie, Texas 75119
**PLAINTIFF PRO SE**