CJJ/tlc

**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 3, 2010

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 3 0 2010
2:38

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

No. 09-10803

D.C. Docket No. 4:08-CV-319-A

RAYMOND KEITH SONGER; CROX ALVARADO; VICTOR ARRINGTON; GEORGE E. EATON, JR.; DANIEL GARCIA, JR.; DEBRA SUE GARRISON; JOSE RAMON GUILAMO; LARRY HAZELTON; ANTRONE HENDERSON; SANDRA K. HENDERSON; DANIEL CLINTON HENLEY; JOHNNY ROBERT JARVIS; EDDIE JONES; ERIC C. MATTHEWS; BRIAN ALAN MCGLOTHIN; KAREN SUE PARENT; MONICA LENISE PERVIS; BOBBY JOE SCHRODER; COURTLAND DALE WALLACE; PERRY SCOTT WIGGINS, Individually and on behalf of other Employees similarly situated; FELIX VASQUEZ, Per Consent pursuant to 29 USC 216(b),

   Plaintiffs - Appellants

v.

DILLON RESOURCES, INC.; SUNSET LOGISTICS, INC.; SUNSET ENNIS, INC., doing business as Sunset Waxahaxie, Inc.,

   Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before BENAVIDES, STEWART, and SOUTHWICK, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: 27 SEP 2010

A True Copy   27 SEP 2010
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _M. Chugoly_
Deputy

New Orleans, Louisiana